ACCEPTED
12-14-00305-CR
ALS
S

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/13/2015 10:14:55 AM

CATHY S. LUSK
Clerk

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jimmy Mosley, JR.
Connally Unit # 1954147
899 FM 632
Kennedy, TX 78119

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature    4/13/2015 10:14:55 AM
X D. Walker    CATHY LUSK
☐ Agent    CLERK
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
D. Walker    4/6.15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7012 0470 0001 8324 7413

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154